IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ORLANDO SMITH, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00069-TES-MSH |
| | * |
| Deputy Warden McDaniel, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 26, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 29th day of April, 2024.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk